### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **CINCINNATI INSURANCE COMPANY,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | CIVIL ACTION |
| v. ) | |
| ) | No. 05-2074-CM |
| ) | |
| **WAL-MART STORES, INC., et al.,** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

## MEMORANDUM AND ORDER

This matter comes before the court on plaintiff's Motion for Default Judgment (Doc. 23) against defendant Mid-America Promotions, Inc.

**THE COURT FINDS** that plaintiff has demonstrated that it personally served defendant Mid-America Promotions, Inc.'s registered agent, Sharon K. Arney with Summons and a copy of the Complaint on April 24, 2005 and that no answer, appearance or other responsive pleading has been filed on behalf of defendant Mid-America Promotions, Inc.

**THE COURT FURTHER FINDS** that the clerk of the court entered default judgment against defendant Mid-America Promotions, Inc. on August 26, 2005 pursuant to Fed. R. Civ. P. 55(a).

**THE COURT FURTHER FINDS** that default judgment should be entered against defendant Mid-America Promotions, Inc., pursuant to Fed. R. Civ. P. 55(b) for the relief request in plaintiff's complaint as follows:

1. Plaintiff has no obligation under the Mid-America CGL policy to defend or indemnify Wal-Mart or Mass Connections with respect to the underlying *Lynn* lawsuit; and

2.	Plaintiff is entitled to all costs and attorneys' fees allowed by law.

**SO ORDERED**.

Dated this 25th day of October 2005, at Kansas City, Kansas.


					**s/ Carlos Murguia**
					**CARLOS MURGUIA**
					**United States District Judge**